# EXHIBIT A

# Matt Parmet

| | |
|---|---|
| **From:** | Matt Parmet |
| **Sent:** | Thursday, April 28, 2016 5:14 PM |
| **To:** | Inez McBride; 'Michael Holland' |
| **Cc:** | 'William H. Lemons' |
| **Subject:** | RE: Cantu v. CBA |

Inez—this is fine. With respect to the release, I know you have "in connection with this matter," so just to be clear, that will be as to wage and hour claims only.

Thanks,
Matt

**Matthew S. Parmet**
Attorney at Law*

**Bruckner Burch PLLC**
8 Greenway Plaza, Ste. 1500
Houston, Texas  77046
Phone: 713.877.8788
Fax: 713.877.8065
mparmet@brucknerburch.com

*Admitted to practice law in Texas, Louisiana, and California.

**Confidentiality Notice**:  This message may contain confidential and privileged information.  If you have received this communication in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Inez McBride [mailto:imcbride@hollandfirm.com]
**Sent:** Thursday, April 28, 2016 4:33 PM
**To:** Matt Parmet <mparmet@brucknerburch.com>; 'Michael Holland' <mholland@hollandfirm.com>
**Cc:** 'William H. Lemons' <whlemons@satexlaw.com>
**Subject:** RE: Cantu v. CBA
**Importance:** High

The client has made the offer contingent on an agreement that no further documentation or information is required to be released and the  settlement must contain the full release language (usual and customary)as worded in the settlement offer from yesterday, see below.  Please confirm that this is acceptable:

In exchange for the referenced payment, your clients agree to release and dismiss with prejudice all claims, actual, accrued, pending, potential or otherwise, they may have against Defendant and its respective parent companies, subsidiaries, suppliers, brokers, former and current owners, employees, agents, insurers and representatives in connection with this matter. The parties will agree to maintain the settlement as confidential, and that your clients' claims are disputed, including disputes relating to hours worked, pay rate and the defenses asserted.  The parties agree that no party will claim to be a prevailing party. All attorney fees, costs, liens (of any nature) and expenses will come from this settlement amount.  Each party is responsible for its own court costs.  Defendant will draft a release with indemnity, hold harmless and defense language to protect itself from any future involvement or exposure by your clients.

Sincerely,

Inez McBride, Of Counsel
Holland & Holland, LLC
1250 NE Loop 410, Suite 808
San Antonio, TX  78209
(210) 824-8282 Main number
(210) 260-9169 Cell
(210) 824-8585 Facsimile
imcbride@hollandfirm.com

---

**From:** Matt Parmet [mailto:mparmet@brucknerburch.com]
**Sent:** Thursday, April 28, 2016 4:23 PM
**To:** 'Michael Holland' <mholland@hollandfirm.com>; Inez McBride <imcbride@hollandfirm.com>
**Cc:** William H. Lemons <whlemons@satexlaw.com>
**Subject:** Cantu v. CBA

Michael / Inez:

This email is to confirm that Plaintiffs will accept your client's offer of settlement in this matter of .

I've attached our usual settlement agreement. Let me know if we can agree to use it here.

I'm under water today and tomorrow, but I'll get back with you as soon as I can to address any issues.

Thanks,
Matt


**Matthew S. Parmet**
Attorney at Law*

**Bruckner Burch PLLC**
8 Greenway Plaza, Ste. 1500
Houston, Texas  77046
Phone: 713.877.8788
Fax: 713.877.8065
mparmet@brucknerburch.com

*Admitted to practice law in Texas, Louisiana, and California.

**Confidentiality Notice**:  This message may contain confidential and privileged information.  If you have received this communication in error, please reply to advise the sender of the error and then immediately delete this message.